Filed 8/5/13  P. v. Asaad CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D063487 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD197690) |
| MARK M. ASAAD, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of San Diego County, Joan P. Weber, Judge.  Affirmed.

Richard Jay Moller, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.

In 2006, Mark M. Asaad entered a negotiated guilty plea to assault with a deadly weapon or by means of force likely to cause great bodily injury (Pen. Code, § 245, former subd. (a)(1)) with personal infliction great bodily injury (Pen. Code, § 12022.7,

subd. (a)). The court suspended execution of a five-year sentence (the two-year lower term for assault and three years for the enhancement) and placed Asaad on five years' probation. In 2008, the court revoked and reinstated probation. On three separate occasions in 2010, Asaad was arrested for violations of the Health and Safety Code. In 2012, he filed a motion to withdraw his guilty plea in the instant case. In 2013, the court denied the motion. Asaad appeals. We affirm.

BACKGROUND

In 2006, Asaad assaulted the victim by means likely to cause great bodily injury, and great bodily injury resulted.

In his plea withdrawal motion, Asaad contended that at the time of the plea, (1) he was under the influence of oxycodone, and (2) his attorney told him the characterization of his offense as a strike could be "removed from his record" after he completed probation. The court concluded that Asaad's evidence was inconsistent with the record of the change of plea proceedings.

The court denied Asaad's request for a certificate of probable cause.

DISCUSSION

Appointed appellate counsel has filed a brief summarizing the facts and proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and *Anders v. California* (1967) 386 U.S. 738 (*Anders*).

We granted Asaad permission to file a brief on his own behalf. He has not responded. A review of the record pursuant to *Wende* and *Anders* has disclosed no

2

reasonably arguable appellate issue.  Asaad has been competently represented by counsel on this appeal.

## DISPOSITION

The order is affirmed.


                                                                    HALLER, Acting P. J.

WE CONCUR:


McDONALD, J.


O'ROURKE, J.


3